

**ORDERED in the Southern District of Florida on December 11, 2012.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Asquith Denny Bodden
SS#: -5348

Case No.:12-24916-BKC-PGH
Chapter 13

and

Sherri Leann Bodden
SS#: -0851

Debtor(s).
_____/

### AGREED ORDER SUSTAINING IN PART/DENYING IN PART DEBTORS' OBJECTION TO CLAIM #4
(Thomas C. Simon)

THIS CAUSE was set to be heard on December 6, 2012 upon Debtors' Objection to Claim #4(Thomas C. Simon) and based upon the Court being advised the parties consent to the relief below, and being duly advised in the premises, the Court finds as follows:

**ORDERED AND ADJUDGED:**

1. The Debtors' Objection to Claim #4 (Thomas C. Simon) is SUSTAINED IN PART/DENIED IN PART.

2. Thomas C. Simon shall have an allowed unsecured, general claim in the amount of $10,000.00 and the remaining unsecured, general claim of $10,000.00 shall be stricken and disallowed.

3. The parties hereby agree to release any and all claims/potential claims against one another arising from the January 27, 2012 motor vehicle accident which is the basis of the claim or otherwise.

###

Submitted by: Colin V. Lloyd, Esq.
Hoskins & Turco, P.L.
302 S. 2nd Street
Ft. Pierce, FL 34950
(772)464-4600
(772)465-4747 facsimile

Robin Weiner, Trustee and Thomas C. Simon to receive copies by DEBTORS' ATTORNEY who is directed to mail a conformed copy of this Order to all interested parties upon receipt